

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   AUGUST 15 , 2023     \*
BROOKLYN OFFICE
23-CR-326
Judge  Nina R. Morrison

August 15, 2023

**MEMORANDUM
TO BRENNA MAHONEY
U.S. DISTRICT COURT CLERK**

        Re:     **PRICE III, James
                      SD/FL Docket # 12-CR-60016
                      <u>Request for Judicial Assignment</u>**

Reference is made to James E. Price, III (Price) who was sentenced by the Honorable Kathleen M. Williams, United States District Judge, pursuant to a plea of guilty to Count One: Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2), and Count Two: Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B), Class C felonies. On March 22, 2013, Price was sentenced to one hundred and fifty-six (156) months of incarceration as to Count One and one hundred and twenty (120) months of imprisonment on Count Two to be served concurrently, for a total term of one hundred and fifty-six (156) months, followed by twenty-five (25) years of supervised release, and a $200 special assessment fee with the following special conditions: 1) Adam Walsh Act search condition; 2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons; 3) Financial disclosure; 4) The defendant shall not be employed in a job requiring contact with children under the age of 18 or with the victim; 5) The defendant shall not be involved in any children's or youth organization; 6) The defendant shall have no unsupervised, personal, mail, telephone, or computer contact with children/minors under the age of 18 or with the victim; 7)  Search condition; 8) The defendant shall not buy, sell, exchange, possess, trade, or produce visual depictions of minors or adults engaged in sexually explicit conduct. The defendant shall not correspond or communicate in person, by mail, telephone, or computer, with individuals or companies offering to buy, sell, trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 9) The defendant shall obtain prior written approval from the Court before entering into any self-employment; 10) Sexual offender treatment; and 11) Compliance with the requirements of the Sex Offender Registration and Notification Act.

While in the custody of the Bureau of Prisons, on July 17, 2023, Price's conditions of supervised release were modified, with his consent, to include that Price reside in a residential re-entry center for no more than 180 days or until such time that he secures permanent housing (excluding 243-10 138th Avenue, Rosedale, New York 11422).

On July 21, 2023, Price commenced supervision in the Eastern District of New York and currently resides in a residential re-entry center located in Brooklyn, New York.

Re: **PRICE III, James**
**SD/FL Docket # 12-CR-60016**

On August 10, 2023, Judge Williams initiated transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting acceptance of the transfer of jurisdiction, and that the case be assigned to a Judicial officer for SDFL Docket # 12-CR-60016.

Attached, please find a copy of Probation Form 22, Transfer of Jurisdiction, signed by Judge Williams. Should you have any questions or require additional information, please contact the undersigned officer at 631-712-6328.

Prepared by: _____
Kristen A. Aliperti
U.S. Probation Officer Specialist